**Fill in this information to identify the case:**

Debtor 1  Jaime Ann Strohm

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern    District of Indiana
(State)

Case number  13-80906

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:  Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the SCIG Series II Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account:  8  8  7  7

**Property address:** 1424 S  7TH ST
Number        Street

CLINTON            IN        47842
City              State      ZIP Code

## Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3:  Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   04 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:   (a) $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c.  **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / ___
MM / DD / YYYY

Form 4100R          **Response to Notice of Final Cure Payment**          page 1

Debtor 1    Jaime Ann Strohm
            First Name        Middle Name        Last Name

Case number (*if known*) 13-80906

---

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Michelle Ghidotti-Gonsalves
  Signature

Date  03 / 26 / 2019

Print    Michelle Ghidotti-Gonsalves
         First Name        Middle Name        Last Name

Title    Authorized Agent

Company    Ghidotti | Berger

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    1920 Old Tustin Ave.
           Number        Street

           Santa Ana                    CA            92705
           City                         State         ZIP Code

Contact phone ( 949 ) 427 – 2010

Email  mghidotti@ghidottiberger.com

1   Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
    GHIDOTTI | BERGER
2   1920 Old Tustin Ave.
    Santa Ana, CA 92705
3   Ph:  (949) 427-2010
4   Fax: (949) 427-2732
    mghidotti@ghidottiberger.com
5
6   Attorney for Creditor
    U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust
7
                    UNITED STATES BANKRUPTCY COURT
8          SOUTHERN DISTRICT OF INDIANA – TERRE HAUTE DIVISION
9
    In Re:                                  )   CASE NO.:  13-80906
10                                          )
    Jaime Ann Strohm,                       )   CHAPTER 13
11                                          )
            Debtors.                        )   **CERTIFICATE OF SERVICE**
12                                          )
13                                          )
                                            )
14                                          )
                                            )
15                                          )
                                            )
16                                          )
17                                          )

18
                       **CERTIFICATE OF SERVICE**
19
20      I am employed in the County of Orange, State of California.  I am over the age of

21  eighteen and not a party to the within action.  My business address is: 1920 Old Tustin
22
    Avenue, Santa Ana, CA 92705.
23
24      I am readily familiar with the business's practice for collection and processing of

25  correspondence for mailing with the United States Postal Service; such correspondence would

26  be deposited with the United States Postal Service the same day of deposit in the ordinary
27
    course of business.
28
    On March 26, 2019 I served the following documents described as:

        • **REQUEST FOR SPECIAL NOTICE**

                                    1
                         CERTIFICATE OF SERVICE

on the interested parties in this action by  placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Debtor's Counsel** |
|---|---|
| Jaime Ann Strohm | John R Himes |
| 1424 South 7th Street | Himes Law Office |
| Clinton, IN 47842 | P.O. Box 9475 |
| | 333 Walnut Street |
| | Terre Haute, IN 47808 |
| **Trustee** | |
| Donald L Decker | |
| Office of Donald L. Decker | **U.S. Trustee** |
| PO Box 9237 | U.S. Trustee |
| Terre Haute, IN 47808-9237 | 101 W. Ohio St.. Ste. 1000 |
| | Indianapolis, IN 46204 |

_xx___(By First  Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service  by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

         Executed on March 26, 2019 at Santa Ana, California

_/s / Lynette Curtin_
Lynette Curtin

2

CERTIFICATE OF SERVICE